Form a0nprfcl

**United States Bankruptcy Court**
**Southern District of Ohio**
**221 East Fourth Street, Suite 800**
**Cincinnati, OH 45202–4133**

---

In Re:  Joycelyn Marie Austin

        Debtor(s)

SSN/TAX ID:
    xxx–xx–4727

Case No.: 1:24–bk–12367

Chapter:  13

Judge:  Beth A. Buchanan

---

### NOTICE OF FILING OF PROOF OF CLAIM

To: City of Cincinnati

Pursuant to Bankruptcy Rule 3004, you are notified that the debtor(s) or Trustee filed a proof of claim on your behalf in the above referenced case.

The proof of claim is available for inspection in the Clerk's Office:

    United States Bankruptcy Court
    Southern District of Ohio
    221 East Fourth Street, Suite 800
    Cincinnati, OH 45202–4133

This proof of claim is referred to as claim # 12

Dated: April 16, 2025

        FOR THE COURT:
        Richard B. Jones
        Clerk, U.S. Bankruptcy Court